SUPERIOR LUMBER COMPANY, Respondent, v. STONE et al., Appellants.

(159 N. W. 872.)

(File No. 4040.   Opinion filed November 13, 1916.)

**Appeals—Dismissal of Appeal—Default on Motion—Failure to File Briefs—Affirmance.**

Where, after notice of appeal filed in the Supreme Court with a stipulation extending time for filing appellant's briefs, no briefs were filed, and no appearance being made by appellant to respondent's motion to dismiss appeal for failure to prosecute or to file brief, judgment will be affirmed.

Appeal from Circuit Court, Tripp County, Hon. WILLIAM WILLIAMSON, Judge.

Action by the Superior Lumber & Coal Company against L. T. Stone and Tripp County, S. D. From a judgment for plaintiff, and from an order denying a new trial, defendants appeal. Judgment and order affirmed.

*O. D. Olmstead,* for Appellants.

*R. H. Molitor,* for Respondent.

SMITH, J.   A copy of notice of appeal in this case was filed in this court on June 5, 1916, and also a stipulation of counsel extending the time for filing appellant's brief until July 15, 1916. No briefs have been filed.   On September 23, 1916, respondent served upon appellant's counsel a notice of motion to dismiss said appeal for failure to prosecute the same and for failure to file appellant's brief, which motion was returnable on October 4, 1916.   No appearance was made by appellant upon the return day.

The judgment and order of the trial court are affirmed.